JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSAN CHING HUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSCEND INFORMATION, INC. a California Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>TRANSCEND INFORMATION, INC.,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>TSAN CHING HUNG,<br><br>　　　　　Counter Defendant. | Case No: 8:22-cv-01952 JWH (DFMx)<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>Complaint Filed: September 1, 2022<br>Trial Date:　　None Set |

1  The court has reviewed and considered the Stipulation for Dismissal
2  pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure filed by
3  Plaintiff/Counter Defendant TSAN CHING HUNG and
4  Defendant/Counterclaimant TRANSCEND INFORMATION, INC. (collectively,
5  the "Parties"). It is hereby **ORDERED** as follows:
6     1. The Parties' Stipulation is **APPROVED**.
7     2. this entire action, including the Complaint/Cross Complaint, is
8  **DISMISSED** in its entirety, **with prejudice**, and with each party to bear its own
9  costs and attorneys' fees.
10     **IT IS SO ORDERED.**

Dated: December 13, 2023

_____
Honorable John W. Holcomb
United States District Judge